**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION**

| | | |
|---|---|---|
| **AMIN SHEHATA AMIN ABDELMALAK** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | **NO. 3:26-cv-01818** |
| **v.** | ) | |
| | ) | **JUDGE CAMPBELL** |
| **TODD BLANCHE, et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |

**ORDER**

On November 20, 2026, the Court ordered Respondents to show cause, by November 24, 2026, at noon, why the Petition for Writ of Habeas Corpus should not be granted. (Amended Order, Doc. No. 7). On November 23, 2026, Respondents filed a motion for extension of time until December 1, 2026, to respond to the Petition. (Doc. No. 9). The motion was denied because it did not explain why counsel could not obtain the requested information from Respondents before to the deadline. (Doc. No. 10).

Now before the Court is Respondents' request for reconsideration of the denial of an extension. (Doc. No. 12). Respondents state that their office is working diligently to obtain information to adequately and properly respond to the Petition. Although the original motion for extension was unopposed, Petitioner opposes the motion for reconsideration.

Upon reconsideration, the motion for extension of time is **GRANTED**. Respondents shall file a response to the Petition no later than December 1, 2026, at noon. No further extensions will be granted absent extraordinary circumstances.

It is so **ORDERED**.

WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE